# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **v.** | ) |
| | )  **DOCKET NO. 18-CR-10324-PBS** |
| | ) |
| **GEORGE KRITOPOULOS** | ) |

## MOTION TO WITHDRAW AS COUNSEL

Undersigned counsel hereby moves to withdraw from representation of the defendant in this matter. As grounds therefor, counsel and the defendant have had an irretrievable breakdown in their relationship such that counsel can no longer effectively represent the defendant. The defendant agrees to exclude the time from this date through the date of his new counsel's appearance for purposes of the Speedy Trial Act, 18 U.S.C. §3161. Accordingly, counsel respectfully requests that this motion be allowed.

> */s/ Oscar Cruz, Jr.*
> **Oscar Cruz, Jr., BBO#630813**
> **Federal Defender Office**
> **51 Sleeper Street, 5th Floor**
> **Boston, MA 02210**
> **Tel: 617-223-8061**

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on September 26, 2019.

> */s/ Oscar Cruz, Jr.*
> **Oscar Cruz, Jr.**