UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA </br></br> v. </br></br> GEORGE KRITOPOULOS </br></br> Defendant. | )</br>)</br>)  No. 18-cr-10324-PBS</br>)</br>)</br>)</br>)</br>)</br>) |

**WITHDRAWAL OF APPEARANCE**

The undersigned Assistant U.S. Attorney will no longer be appearing in this case for the government.

Respectfully submitted,

RACHAEL S. ROLLINS
UNITED STATES ATTORNEY

Dated: January 11, 2022     By:     */s/ Sara Miron Bloom*
SARA MIRON BLOOM
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: January 11, 2022     By:     */s/ Sara Miron Bloom*
SARA MIRON BLOOM
Assistant United States Attorney